

*440640307DEDH*

| Control Number | WIID Number | Instrument Type |
|---|---|---|
| 440640307 | 2004064-000130 | DED |



**WESTCHESTER COUNTY RECORDING AND ENDORSEMENT PAGE**
(THIS PAGE FORMS PART OF THE INSTRUMENT)
*** DO NOT REMOVE ***

THE FOLLOWING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

TYPE OF INSTRUMENT  DED - DEED
FEE PAGES  9           TOTAL PAGES  9

| RECORDING FEES | | MORTGAGE TAXES | |
|---|---|---|---|
| STATUTORY CHARGE | $6.00 | MORTGAGE DATE | |
| RECORDING CHARGE | $27.00 | MORTGAGE AMOUNT | $0.00 |
| RECORD MGT. FUND | $19.00 | EXEMPT | |
| RP 5217 | $50.00 | | |
| TP-584 | $5.00 | YONKERS | $0.00 |
| CROSS REFERENCE | $0.00 | BASIC | $0.00 |
| MISCELLANEOUS | $0.00 | ADDITIONAL | $0.00 |
| | | SUBTOTAL | $0.00 |
| TOTAL FEES PAID | $107.00 | MTA | $0.00 |
| | | SPECIAL | $0.00 |

| TRANSFER TAXES | |
|---|---|
| CONSIDERATION | $91,800,000.00 |
| TAX PAID | $367,200.00 |
| TRANSFER TAX # | 7518 |

TOTAL PAID   $0.00

SERIAL NUMBER
DWELLING

RECORDING DATE    04/13/2004
            TIME    10:19:00

THE PROPERTY IS SITUATED IN
WESTCHESTER COUNTY, NEW YORK IN THE:
TOWN OF CORTLANDT

WITNESS MY HAND AND OFFICIAL SEAL

*Leonard N. Spano* (signature)

LEONARD N. SPANO
WESTCHESTER COUNTY CLERK

Record & Return to:
DAWN E GOLDBERG ESQ
200 PARK AVENUE

NEW YORK, NY 10166

After Recording Return To:
Dawn E. Goldberg, Esq.
Clifford Chance US LLP
200 Park Avenue
New York, New York 10166

# SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made and executed this 23rd day of October, 2003, by CORTLANDT TOWN CENTER LIMITED PARTNERSHIP, a New York limited partnership, whose postal address is: CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421, hereinafter called the Grantor,

To:

GALILEO CORTLANDT LLC, a New York limited liability company, whose postal address is: c/o Galileo Funds Management Limited, GPO Box 4760, Sydney NSW 2001, Australia, hereinafter called the Grantee:

**Witnesseth:** That the Grantor, for and in consideration of the sum of ten dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee, all that certain land, together with the buildings and improvements thereon, situated in Westchester County, State of New York, viz:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT TO covenants, restrictions, reservations & easements of record, if any.

PARCEL ID NO.:

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the Grantor hereby covenants with said grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said Grantor; and that said land is free of all encumbrances except taxes accruing subsequent to 2003.

And the Grantor, in compliance with Section 13 of the Lien Law, hereby covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

In Witness Whereof, the said Grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered*

*in our presence:*

CORTLANDT TOWN CENTER
LIMITED PARTNERSHIP,
a New York limited partnership

By: Cortlandt Town Center, Inc., a New York corporation, its general partner

By: _____
Name:
Title:

John N. Foy
Vice Chairman of the Board
and Chief Financial Officer

_____
Signature of Witness

Raquel Bonanno
Printed Name of Witness

_____
Signature of Witness

Stephanie D. Lee
Printed Name of Witness

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF New York )

On the 22 day of Oct. in the year 2003 before me, the undersigned, personally appeared  John N. Ray , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacit(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on whose behalf of which the individual(s) acted, executed the instrument.

(Notary Seal)

Signature and Office of Individual Taking Acknowledgment

MICHAEL SABOLINSKI
Notary Public, State of New York
No. 01SA6096911
Qualified in New York County
Commission Expires August 11, 2007

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

[TO BE ATTACHED]

Exhibit A
Legal Description

AMENDED 10/2/03 (se)

ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE TOWN OF CORTLANDT, COUNTY OF WESTCHESTER AND STATE OF NEW YORK THAT IS A PORTION OF THOSE LANDS DESIGNATED PARCEL 1, PARCEL 2A AND PARCEL 2B ON THAT CERTAIN "RESUBDIVISION PLAT OF FILED MAP NO. 17837 SECTION 1 MID-WESTCHESTER INDUSTRIAL PARK, INC.," WHICH WAS FILED IN THE WESTCHESTER COUNTY CLERK'S OFFICE ON OCTOBER 15, 1984 AS MAP NO. 21741 THAT IS BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHEASTERLY LINE OF U.S. ROUTE 6 (AKA 5 MILE TURNPIKE AND/OR EAST MAIN STREET AND/OR STATE HIGHWAY 1309) WHERE IT IS MET BY THE LINE DIVIDING THE LANDS HEREIN DESCRIBED ON THE NORTHEAST FROM LANDS DESIGNATED LOT NO. 21 ON THAT CERTAIN "MAP NO. 1 GULL MANOR...," WHICH WAS FILED IN THE WESTCHESTER COUNTY CLERK'S OFFICE ON MARCH 25, 1954 AS MAP NO. 8930;

THENCE FROM THE SAID POINT OF BEGINNING NORTHEASTERLY ALONG THE SOUTHEASTERLY LINE OF U.S. ROUTE 6 NORTH 31 DEGREES 31 MINUTES 51 SECONDS EAST 202.41 FEET AND TO A POINT AT THE SOUTHWESTERLY LINE OF LOT NO. 4 SHOWN ON THAT CERTAIN MAP ENTITLED "SECTION NO. 1 MID-WESTCHESTER INDUSTRIAL PARK..." WHICH WAS FILED IN THE WESTCHESTER COUNTY CLERK'S OFFICE ON OCTOBER 16, 1972 AS MAP NO. 17837;

THENCE ALONG THE SOUTHWESTERLY, SOUTHEASTERLY AND NORTHEASTERLY LINES OF LOT NO. 4 SHOWN ON FILED MAP NO. 17837 THE FOLLOWING COURSES;

SOUTH 54 DEGREES 41 MINUTES 49 SECONDS EAST 400.00 FEET;
NORTH 35 DEGREES 15 MINUTES 51 SECONDS EAST 200.00 FEET;
NORTH 54 DEGREES 41 MINUTES 49 SECONDS WEST 201.75 FEET TO A POINT AT THE LINE OF LANDS NOW OR FORMERLY OF MOBIL CENTERS, INC.;

THENCE ALONG THE SAID MOBIL CENTERS, INC. LANDS:

NORTH 35 DEGREES 15 MINUTES 51 SECONDS EAST 150.02 FEET AND;
NORTH 54 DEGREES 41 MINUTES 49 SECONDS WEST 174.98 FEET TO A POINT;

THENCE STILL ALONG THE SAID LANDS OF MOBIL CENTERS, INC. WESTERLY ON A TANGENT CURVE TO THE LEFT, THE CENTRAL ANGLE OF WHICH IS 90 DEGREES 02 MINUTES 20 SECONDS, THE RADIUS OF WHICH 25.00 FEET FOR 39.29 FEET TO ANOTHER POINT ON THE SAID SOUTHEASTERLY LINE OF U.S. ROUTE 6;

THENCE NORTHEASTERLY ONCE AGAIN ALONG THE SAID SOUTHEASTERLY LINE OF U.S. ROUTE 6;

NORTH 35 DEGREES 15 MINUTES 51 SECONDS EAST 103.05 FEET AND;
NORTH 34 DEGREES 16 MINUTES 11 SECONDS EAST 16.52 FEET TO A POINT AT THE LINE OF LANDS NOW OR FORMERLY OF W.W. GEIS, JR.;

THENCE ALONG AND AROUND THE SAID W.W GEIS, JR. LANDS THE FOLLOWING, FIRST RUNNING ABOUT AND SOUTHERLY ON A TANGENT CURVE TO THE LEFT, THE CENTRAL ANGLE OF WHICH IS 88 DEGREES 58 MINUTES 00 SECONDS, THE RADIUS OF WHICH IS 25.00 FEET FOR 38.82 FEET AND THEN FOLLOWING COURSES:

Cortlandt Town Center
Cortlandt, NY

SOUTH 54 DEGREES 41 MINUTES 49 SECONDS EAST 187.41 FEET;
SOUTH 87 DEGREES 58 MINUTES 31 SECONDS EAST 50.19 FEET;
NORTH 34 DEGREES 14 MINUTES 31 SECONDS EAST 293.26 FEET AND;
NORTH 55 DEGREES 45 MINUTES 29 SECONDS WEST 248.82 FEET TO STILL ANOTHER POINT ON THE SOUTHEASTERLY LINE OF U.S. ROUTE 6;

THENCE NORTHEASTERLY ONCE AGAIN ALONG THE SAID SOUTHEASTERLY LINE OF U.S. ROUTE 6;

NORTH 38 DEGREES 26 MINUTES 11 SECONDS EAST 91.89 FEET AND;

NORTH 36 DEGREES 40 MINUTES 11 SECONDS EAST 175.50 FEET TO A POINT AT THE LINE LAND NOW OR FORMERLY OF HOME DEPOT U.S.A., INC. LANDS, THE FOLLOWING FIRST

SOUTH 53 DEGREES 24 MINUTES 23 SECONDS EAST 28.04 FEET

THEN ON A TANGENT CURVE TO THE RIGHT, THE CENTRAL ANGLE OF WHICH IS 44 DEGREES 59 MINUTES 45 SECONDS, THE RADIUS OF WHICH IS 100.00 FEET FOR 78.53 FEET,

THEN SOUTH 08 DEGREES 24 MINUTES 38 SECONDS EAST 170.39 FEET

THEN ON A TANGENT CURVE TO THE RIGHT, THE CENTRAL ANGLE OF WHICH IS 42 DEGREES 35 MINUTES 52 SECONDS, THE RADIUS OF WHICH IS 330.00 FEET FOR 245.35 FEET, AND THEN THE FOLLOWING COURSES:

SOUTH 34 DEGREES 11 MINUTES 14 SECONDS WEST 7.14 FEET
SOUTH 42 DEGREES 10 MINUTES 35 SECONDS EAST 571.35 FEET
NORTH 81 DEGREES 40 MINUTES 00 SECONDS EAST 752.50 FEET
NORTH 42 DEGREES 10 MINUTES 35 SECONDS WEST 546.00 FEET
SOUTH 47 DEGREES 49 MINUTES 25 SECONDS WEST 12.00 FEET
NORTH 42 DEGREES 10 MINUTES 35 SECONDS WEST 334.49 FEET
NORTH 47 DEGREES 49 MINUTES 25 SECONDS EAST 64.36 FEET
NORTH 42 DEGREES 10 MINUTES 35 SECONDS WEST 551.64 FEET TO A POINT ON THE SOUTHEASTERLY LINE OF U.S. ROUTE 6

THENCE NORTHEASTERLY ALONG THE SOUTHEASTERLY LINE OF U.S. ROUTE 6 THE FOLLOWING COURSES:

NORTH 43 DEGREES 07 MINUTES 31 SECONDS EAST 240.77 FEET
NORTH 46 DEGREES 43 MINUTES 08 SECONDS EAST 200.86 FEET;
NORTH 47 DEGREES 51 MINUTES 46 SECONDS EAST 169.07 FEET;
NORTH 54 DEGREES 16 MINUTES 42 SECONDS EAST 77.64 FEET;
NORTH 43 DEGREES 47 MINUTES 18 SECONDS EAST 103.43 FEET;
NORTH 06 DEGREES 57 MINUTES 25 SECONDS EAST 7.49 FEET;
NORTH 44 DEGREES 52 MINUTES 56 SECONDS EAST 141.98 FEET;
NORTH 56 DEGREES 38 MINUTES 06 SECONDS EAST 194.10 FEET;
NORTH 47 DEGREES 40 MINUTES 06 SECONDS EAST 31.98 FEET TO A POINT AT THE LINE DIVIDING PARCEL NO. 2A, ON THE SOUTHWEST FROM PARCEL NO. 1, ON THE NORTHEAST, BOTH AS SHOWN ON SAID FILED MAP NO. 21741;

THENCE STILL ALONG THE SOUTHEASTERLY LINE OF U.S. ROUTE 6 THE FOLLOWING COURSES:

NORTH 47 DEGREES 40 MINUTES 05 SECONDS EAST 15.49 FEET;
NORTH 57 DEGREES 07 MINUTES 47 SECONDS EAST 41.34 FEET;
NORTH 46 DEGREES 37 MINUTES 24 SECONDS EAST 65.92 FEET;
NORTH 60 DEGREES 47 MINUTES 16 SECONDS EAST 135.27 FEET;

NORTH 58 DEGREES 29 MINUTES 38 SECONDS EAST 200.48 FEET;
NORTH 76 DEGREES 26 MINUTES 07 SECONDS EAST 65.57 FEET;
NORTH 53 DEGREES 06 MINUTES 18 SECONDS EAST 114.53 FEET;
NORTH 59 DEGREES 20 MINUTES 46 SECONDS EAST 157.01 FEET;
NORTH 67 DEGREES 37 MINUTES 05 SECONDS EAST 102.26 FEET;
NORTH 39 DEGREES 31 MINUTES 22 SECONDS EAST 47.05 FEET;
NORTH 62 DEGREES 09 MINUTES 00 SECONDS EAST 123.28 FEET;
NORTH 59 DEGREES 26 MINUTES 00 SECONDS EAST 57.40 FEET;
NORTH 58 DEGREES 13 MINUTES 00 SECONDS EAST 81.60 FEET;
NORTH 61 DEGREES 59 MINUTES 00 SECONDS EAST 41.60 FEET;
NORTH 38 DEGREES 58 MINUTES 00 SECONDS EAST 17.42 FEET;
NORTH 61 DEGREES 26 MINUTES 39 SECONDS EAST 147.75 FEET;
NORTH 57 DEGREES 24 MINUTES 50 SECONDS EAST 100.18 FEET;
NORTH 63 DEGREES 24 MINUTES 40 SECONDS EAST 64.74 FEET TO LANDS NOW OR FORMERLY OF BERKO;

THENCE ALONG SAID LANDS, AND CONTINUING ALONG LANDS NOW OR FORMERLY OF FELDMAN, NOW OR FORMERLY OF BERTINO, AND LANDS NOW OR FORMERLY OF MOHEGAN REALTY CO., THE FOLLOWING FIVE (5) COURSES AND DISTANCES:

SOUTH 8 DEGREES 21 MINUTES 49 SECONDS EAST 184.14 FEET;
SOUTH 7 DEGREES 23 MINUTES 59 SECONDS EAST 204.45 FEET;
SOUTH 8 DEGREES 27 MINUTES 49 SECONDS EAST 457.05 FEET;
SOUTH 7 DEGREES 57 MINUTES 49 SECONDS EAST 226.72 FEET;
SOUTH 8 DEGREES 03 MINUTES 49 SECONDS EAST 841.87 FEET TO LANDS NOW OR FORMERLY OF BOGIN;

THENCE ALONG SAID LANDS ON A COURSE OF SOUTH 84 DEGREES 45 MINUTES 51 SECONDS WEST FOR A DISTANCE OF 565.62 FEET TO A POINT;

THENCE CONTINUING ALONG LANDS NOW OR FORMERLY OF BOGIN AND DEANIN ON A COURSE OF SOUTH 8 DEGREES 44 MINUTES 49 SECONDS EAST FOR A DISTANCE OF 775.84 FEET TO LANDS NOW OR FORMERLY OF MCKEEL;

THENCE ALONG SAID LANDS THE FOLLOWING COURSES AND DISTANCES:

SOUTH 83 DEGREES 29 MINUTES 51 SECONDS WEST 1204.04 FEET;
SOUTH 64 DEGREES 31 MINUTES 01 SECONDS WEST 35.43 FEET;
SOUTH 87 DEGREES 29 MINUTES 41 SECONDS WEST 100.66 FEET;
SOUTH 79 DEGREES 30 MINUTES 01 SECONDS WEST 100.04 FEET;
SOUTH 80 DEGREES 21 MINUTES 21 SECONDS WEST 99.99 FEET;
SOUTH 82 DEGREES 37 MINUTES 11 SECONDS WEST 219.69 FEET;
SOUTH 81 DEGREES 10 MINUTES 01 SECONDS WEST 102.96 FEET;
SOUTH 74 DEGREES 14 MINUTES 51 SECONDS WEST 99.92 FEET;
SOUTH 75 DEGREES 42 MINUTES 31 SECONDS WEST 81.58 FEET;
SOUTH 73 DEGREES 18 MINUTES 21 SECONDS WEST 101.89 FEET;
SOUTH 87 DEGREES 12 MINUTES 21 SECONDS WEST 100.12 FEET;
SOUTH 89 DEGREES 38 MINUTES 51 SECONDS WEST 100.44 FEET;
SOUTH 84 DEGREES 23 MINUTES 51 SECONDS WEST 107.95 FEET;
SOUTH 81 DEGREES 42 MINUTES 51 SECONDS WEST 119.29 FEET;
SOUTH 58 DEGREES 38 MINUTES 31 SECONDS WEST 47.83 FEET;
NORTH 48 DEGREES 18 MINUTES 59 SECONDS WEST 109.79 FEET AND;
NORTH 68 DEGREES 22 MINUTES 19 SECONDS WEST 32.81 FEET TO A POINT AT THE LINE OF LANDS NOW OR FORMERLY OF SHELBY-COLERIDGE HOLDING CORP.;

THENCE ALONG THE SAID SHELBY-COLERIDGE HOLDING CORP. LANDS AND ALONG THE NORTHEASTERLY

LINES OF LOT NO. 19 AND LOT 21 AS SHOWN ON THE AFOREMENTIONED "MAP NO. 1 GULL MANOR..." FILED MAP NO. 8930, THE FOLLOWING COURSES:

NORTH 68 DEGREES 14 MINUTES 09 SECONDS WEST 17.28 FEET;
SOUTH 89 DEGREES 44 MINUTES 51 SECONDS WEST 61.00 FEET;
NORTH 46 DEGREES 00 MINUTES 09 SECONDS WEST 54.45 FEET;
NORTH 61 DEGREES 11 MINUTES 09 SECONDS WEST 72.08 FEET;
NORTH 55 DEGREES 43 MINUTES 09 SECONDS WEST 93.25 FEET TO THE AFOREMENTIONED SOUTHEASTERLY LINE OF U.S. ROUTE 6 AND THE POINT OR PLACE OF BEGINNING.

TOGETHER WITH THE BENEFITS AND SUBJECT TO THE BURDENS OF THE GRANT OF SANITARY SEWER EASEMENT MADE BY AND BETWEEN HARDEE'S AND MID-WESTCHESTER INDUSTRIAL PARK, INC. RECORDED IN LIBER 7137 PAGE 92.

TOGETHER WITH the benefits of the easement recorded in the Westchester County Clerk's Liber 7099 of deeds at page 228 and repeated in Liber 7143 of deeds at page 449 and Liber 7235 of deeds at page 88.

TOGETHER WITH the benefits of the Declaration and Grant of Reciprocal Easements made by Cortlandt Town Center Limited Partnership and recorded in the Westchester County Clerk's Liber 11673 of deeds at page 78.

TOGETHER WITH the benefits of the Reciprocal Easement and Operation Agreement made by and between Cortlandt Town Center Limited Partnership and Home Depot U.S.A. Inc. and recorded in the Westchester County Clerk's Liber 11618 of deeds at page 1.

Title No:3020-16461

Section:24.10

Block:1

Lot:    1, 1.2, 2, 3        Unit No.

County:Westchester

Premises:3131 East Main Street

✓  Record and Return
Dawn E. Goldberg, Esq.
Clifford Chance US LLP
200 Park Avenue
New York, NY 10166

*Recorded at the request of*
*First American Title Insurance*
*Company of New York*
633 Third Avenue, NYC 10017
212-922-9700  800-437-1234




CHARLES B LEBOVITZ
Chairman of the Board
and Chief Executive Officer

STEPHEN D LEBOVITZ
President

MOSES LEBOVITZ
(1905-1991)

## CBL & ASSOCIATES MANAGEMENT, INC.

October 23, 2003

JOHN N FOY
Vice Chairman of the Board
and Chief Financial Officer

BEN S LANDRESS
Executive Vice President

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
FILE NO 545-68 1, 545-68 2, 545-68 3

Town Center Deli, Inc
3157 East Main Street
Mohegan Lake, NY 10547

RE   Lease dated March 22, 1999 (collectively, with any and all amendments thereto, the "Lease") between Cortlandt Town Center Limited Partnership, as Landlord, and Town Center Deli, Inc (d/b/a Town Center Deli), as Tenant, concerning leased premises located in the Property known as Cortlandt Town Center, located in Mohegan Lake, NY

Ladies and Gentlemen

Please be advised that as of October 23, 2003, Cortlandt Town Center Limited Partnership has, through one or more assignments, assigned your lease to Galileo Cortlandt LLC ("New Landlord")  Galileo Cortlandt LLC has granted a security interest in the referenced Lease, all rents, additional rent and all other monetary obligations to landlord thereunder (collectively, "Rent") in favor of New York Life Insurance Company ("Lender") to secure certain of New Landlord's obligations to Lender

By this letter, you are hereby directed (1) to make all checks, in payment of Rent and all other sums due to the landlord under your Lease, payable to the order of "Galileo Cortlandt LLC", and (2) to deliver such checks or otherwise make such payments as follows

By First Class Mail (U S Postal Service)             OR        By Overnight Express (FedEx, AirBorne, etc )

Galileo Sub LLC                                                              KeyBank
P O Box 74851                                                                Attn Lockbox #74851
Cleveland, OH 44194-4851                                              2025 Ontario Street
                                                                                         Cleveland, OH 44115

The instructions set forth herein are irrevocable and are not subject to modification in any manner, except that Lender, or any successor lender so identified by Lender, may by written notice to you rescind or amend the instructions contained herein

Galileo Cortlandt LLC has retained CBL & Associates Management, Inc ("Property Manager") as the managing agent for the Property  Future notices with respect to your premises at the Property should continue to be delivered to the Property Manager at the address set forth below

Galileo Cortlandt LLC
c/o CBL & Associates Management, Inc
Suite 500 – CBL Center
2030 Hamilton Place Boulevard
Chattanooga, TN 37421
Attention President

Additionally, sales reports, if required to be submitted by the terms of your Lease, should also continue to be delivered at the address set forth below

CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga TN 37421-6000
(423) 855-0001
Fax (423) 490-8662



CBL
NYSE

Galileo Cortlandt LLC
c/o CBL & Associates Management, Inc
Suite 500 – CBL Center
2030 Hamilton Place Boulevard
Chattanooga, TN 37421
Attention Billing Department

Please make an immediate request of your insurance carrier to issue a certificate of insurance evidencing your Commercial General Liability insurance naming the following as Additional Insured (1) Galileo Cortlandt LLC, (2) CBL & Associates Management, Inc , (3) Galileo America LLC, (4) New York Life Insurance Company, (5) Galileo Sub LLC, and deliver said certificate along with a copy of the required Additional Insured Endorsement to the same address shown above for submitting sales reports

To assist you in changing your records to reflect the change of ownership to the New Landlord and the new address for Rent payment, we have attached a completed W-9 with the new tax identification number for your files

Thank you for your cooperation

Very truly yours,

LANDLORD

**CORTLANDT TOWN CENTER LIMITED PARTNERSHIP**
By  CBL & Associates Management, Inc ,
    its managing agent

By _____
   Beth Anderson
   Financial Services Division

NEW LANDLORD

**GALILEO CORTLANDT LLC,** a
New York limited liability company
By  CBL & Associates Management, Inc ,
    its managing agent

By _____
   Beth Anderson
   Financial Services Division