UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALILEO CORTANDT LLC,

**Plaintiff**

-v-

STEVEN CIANCIO,

**Defendant**

Case No. 07 Civ. 5983 (CLB)
ECF Case

**07 CIV. 5983**

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GALILEO CORTLANDT LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

GALILEO CORTLANDT LLC is 100% owned by Galileo Sub LLC, which is 100% owned by Galileo America LLC, which is 95% owned by Galileo America Inc., which is 100% owned by Centro Shopping America Trust. Centro Shopping America Trust is traded on the Australian Stock Exchange.



JUN 25 2007
USDC SDNY

**Date:** June 25, 2007

Signature of Attorney
Lisa M. Bluestein
**Attorney Bar Code:** LB9939
Law Offices of Lisa M. Bluestein, LLC
5 Sun Valley Heights Road
North Salem, NY 10560
(914) 276-3935

Form Rule7_1.pdf